IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GARRETT ROBERT ZABLOUDIL,      )
                               )
            Petitioner,        )
                               )
      v.                       )      1:25-cv-881
                               )
U.S. BOP,                      )
                               )
            Respondent.        )

**<u>ORDER</u>**

The matter is before this court for review of the Order and Recommendation ("Recommendation") filed on September 30, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 2.) In the Recommendation, the Magistrate Judge recommends that the Petition should be dismissed without prejudice and Petitioner should seek the proper forms from the Clerk in the district where he is being held and file any § 2241 petition there. The Recommendation was served on the parties in this action on September 30, 2025. (Doc. 3.) Petitioner timely filed objections, (Doc. 4), to the Recommendation.

This court is required to "make a <u>de novo</u> determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation. This court notes that Petitioner's objection is directed to the filing of the letter with the Clerk, as that was not Petitioner's intension. Because Petitioner sent his letter to the Federal Public Defender, this Magistrate Judge appropriately construed the petition as an attack on the execution of sentence. Accepting Petitioner's objections as true, this order and judgment are entered without prejudice to Petitioner continuing to pursue administrative remedies.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing in the proper district after exhausting his administrative remedies.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

- 2 -

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 19th day of March, 2026.

_____
United States District Judge

- 3 -